■ WILLIE L. RANDOLPH, Respondent, v. GOTHAM CONSTRUCTION CORP., Defendant-Appellant and Third-Party Plaintiff. ZWICKER ELECTRIC CO., INC., et

al., Third-Party Defendants.— Order, entered on July 15, 1960, denying the motion of defendant-appellant and third-party plaintiff to dismiss the complaint for failure to prosecute, unanimously reversed on the law and on the facts, with $20 costs and disbursements to the appellant, and the motion granted dismissing the complaint as to the defendant-appellant Gotham Construction Corporation, with $10 costs. There is no justifiable excuse shown for delay and the plaintiff failed to file the required affidavit of merits. (See *Gallagher* v. *Claflington, Inc.,* 7 A D 2d 627; *De Long* v. *J. Rich Steers, Inc.,* 10 A D 2d 705; *Smith* v. *Dough-boy's Auto Sales Corp.,* 10 A D 2d 705; *Barnett Co.* v. *St. Paul Fire & Marine Ins. Co.,* 7 A D 2d 897; *Rist* v. *234 East 33rd Corp.,* 4 A D 2d 867; *Hyde & Sons* v. *Roller Derby Skate Co.,* 1 A D 2d 942.) Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.